

# SUPREME COURT OF ARKANSAS

No. CR–13–588

| | |
|---|---|
| PATRICK J. BENCA<br>APPELLANT | **Opinion Delivered** October 24, 2013 |
| V. | APPEAL FROM THE BENTON<br>COUNTY CIRCUIT COURT<br>[NO. CR–07–1550] |
| BENTON COUNTY CIRCUIT<br>COURT<br>APPELLEE | HONORABLE ROBIN F. GREEN,<br>JUDGE<br><br>SUPPLEMENTAL ADDENDUM<br>ORDERED. |

**PER CURIAM**

Appellant Patrick J. Benca appeals from the Benton County Circuit Court's order finding him in contempt of court and ordering him to pay the sum of $100. On appeal, appellant argues that he was not in contempt of court. We assumed jurisdiction of this appeal under Arkansas Supreme Court Rule 1–2(a)(5) because it involves the discipline of attorneys-at-law and or arises under the power of the Supreme Court to regulate the practice of law. We now order appellant to file a supplemental addendum within seven calendar days to cure any deficiencies in his addendum.

Arkansas Supreme Court Rule 4–2(a)(8) (2013) requires that an appellant's brief include an addendum consisting of all documents essential to the appellate court's resolution of the issues on appeal. Here, appellant failed to include in the addendum the DVD from the record of the May 22, 2013 hearing that he references in his argument. Because appellant

SLIP OPINION

failed to include the DVD in his addendum, we order him to correct this deficiency by filing a supplemental addendum within seven calendar days from the date of this opinion. Ark. Sup. Ct. R. 4-2(b)(4). We further encourage appellate counsel, prior to filing the supplemental addendum, to review our rules, as well as the addendum, to ensure that no additional deficiencies are present.

Supplemental addendum ordered.

*Jeff Rosenzweig*, for appellant.

*Dustin McDaniel*, Att'y Gen., by: *Vada Berger*, Ass't Att'y Gen., for appellee.